| | |
|---|---|
| ALEX DUNN and LORENA WARD, husband and wife and the marital community comprised thereof,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>　　　　　Defendant. | No. 2:16-cv-00435-SAB<br><br>**ORDER ENTERING STIPULATION AND DISMISSING CASE WITH PREJUDICE** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

　　　　Before the Court is the parties' Stipulation for Order of Dismissal, ECF No. 11. The parties request the Court dismiss this action with prejudice and without costs or attorneys' fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court accepts the stipulation and enters it into the record.

//
//
//
//
//
//
//

**ORDER ENTERING STIPULATION AND DISMISSING CASE WITH PREJUDICE ^ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Order of Dismissal, ECF No. 11, is **accepted** and **entered** into the record.

2. The above-captioned case is **dismissed with prejudice** and without costs or attorneys' fees to any party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

Dated this 4th day of December 2017.



Stanley A. Bastian
United States District Judge

**ORDER ENTERING STIPULATION AND DISMISSING CASE WITH PREJUDICE ^ 2**